## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Cherry v. Five Brothers Mortgage Company Services

Case Number: 1:18-cv-03326

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Five Brothers Mortgage Company Services and Securing, Inc.

Attorney name (type or print): Brian J. Armstrong

Firm: Law Offices of Schirott, Luetkehans & Garner, LLC

Street address: 105 E. Irving Park Road

City/State/Zip: Itasca, IL 60143

Bar ID Number: 06236639
(See item 3 in instructions)

Telephone Number: 630-760-4604

Email Address: barmstrong@slg-atty.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 29, 2018

Attorney signature: S/ Brian J. Armstrong
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June, 2018, I electronically filed the foregoing Appearance, with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following.

DOC.ILNDNotices@doc.illinois.gov

and I certify that I have mailed via the United States Postal Service the document to the following non CM/ECF participants:

>Larry Cherry
>108 West 117th Street
>Chicago, IL 60628.

/s/ Brian J. Armstrong
Brian J. Armstrong, One of Defendant's Attorneys