UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Larry Cherry

                    Plaintiff,

v.

Five Brothers Mortgage Company Services and Securing Inc.

                    Defendant.

Case No.: 1:18−cv−03326

Honorable Edmond E. Chang

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Pro se Plaintiff did not appear. Defendant made a verbal request for an order dismissing the case for lack of prosecution. As discussed during the hearing, the request is denied this time. Status hearing set for 09/26/2019 at 9:00 a.m. Plaintiff is alerted that failure to appear at the status hearing risks dismissal of the case for lack of prosecution, because his participation is needed to set the discovery schedule. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.