UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Larry Cherry

                      Plaintiff,

v.                                                 Case No.:
                                                1:18−cv−03326

                                                Honorable Edmond E. Chang

Five Brothers Mortgage Company Services and
Securing Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Pro se Plaintiff appeared and reported that he will continue to represent himself. The Court reminded Plaintiff of the availability to the Pro Se Help Desk. Mandatory Initial Discovery Pilot Project disclosures due 11/12/2019. ESI, if any, shall be disclosed by 11/12/2019. Fact discovery shall close by 02/03/2020. Any other Rule 26(a)(2) expert disclosures (whether retained or not) are due 30 days after the close of fact discovery, and the 30−day deadline is adjusted automatically if the close of fact discovery is adjusted. No summary judgment motions may be filed before the close of discovery without leave of Court. The Court encourages the parties to engage in settlement negotiations. The Court informed Plaintiff of the Settlement Assistance Program for purposes of a settlement conference. Status hearing set for 11/25/2019 at 9 a.m. Anytime before the next status hearing, the parties may call the Courtroom Deputy, Sandra Brooks @ (312) 408−5121, for a settlement referral to the magistrate judge. If the case is referred, then the time remaining on the discovery period at the time of the referral will be the time remaining for discovery if the conference is unsuccessful. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.